IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CLIVE MELHADO,**

    **Petitioner,**                                  **CASE NO. 2:04-cv-1146**
                                                    **JUDGE FROST**
                                                    **Magistrate Judge ABEL**

    **v.**

**WANZA JACKSON, Warden,**

    **Respondent.**

## OPINION AND ORDER

On July 20, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects to all of the Magistrate Judge's conclusions and recommendations.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* that are objected to. For the reasons discussed at length in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This case is hereby **DISMISSED.** The Clerk is **DIRECTED** to enter final judgment dismissing this case.

    **IT IS SO ORDERED.**

                                                                  /s/   Gregory L. Frost
                                                                  GREGORY L. FROST
                                                                   United States District Judge